STATE OF NEW JERSEY v. ALAN GRECCO.

July 2, 1984.

Petition for certification denied.   (See 193 *N.J.Super.* 133)

STATE OF NEW JERSEY v. PEDRO BRACHO.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LUZ MARIA FLORES.

July 2, 1984.

Petition for certification denied.

NEW MILFORD EDUCATION ASSOCIATION v. NEW MILFORD
BOARD OF EDUCATION.

July 2, 1984.

Petition for certification granted.